

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JENIFER WILLIAMS,** ] | |
| ] | |
| **Plaintiff,** ] | |
| ] | |
| v. ] | |
| ] | **CASE NO. 2:13-CV-01813-KOB** |
| **NATIONAL REVENUE** ] | |
| **RECOVERY,** ] | |
| ] | |
| **Defendant.** ] | |

## ORDER GRANTING DEFAULT JUDGMENT

The court enters this Order in response to the Motion for Entry of Default Judgment (doc. 8) filed by Plaintiff Jenifer Williams against Defendant National Revenue Recovery on December 20, 2013. Plaintiff brings claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq.*, along with claims for intentional infliction of emotional distress and for negligent supervision. (Doc. 1). On December 2, 2013, the clerk entered default against Defendant. (Doc. 7). For the reasons set forth below, the court GRANTS the motion for default judgment.

Defendant National Revenue Recovery was duly served with the Summons and Complaint in the above-styled action on October 15, 2013, via its registered agent, Cathy Sazynski. Defendant has failed to plead, answer, or otherwise defend the action.

Plaintiff seeks statutory damages under 15 U.S.C. § 1692k(a)(2)(A) in the amount of

$1,000.00, attorneys fees under 15 U.S.C. § 1692k(a)(3) for $5,100.00, and costs under 15 U.S.C. § 1692k(a)(3) for $485.00.  The total amount sought by Plaintiff is $6,585.00.

The court finds, pursuant to Federal Rule of Civil Procedure 55(b)(1), that the motion for default judgment is due to be GRANTED.

Therefore, the court ORDERS:

1. The Plaintiff's Motion for Entry of Default Judgment (doc. 8) is GRANTED; and

2. Judgment is entered in favor of Plaintiff Jenifer Williams and against Defendant National Revenue Recovery in the amount of **$6,585.00**, plus costs and interest according to law from the date of this judgment until the entire amount is paid.

DONE and ORDERED this 23rd day of December, 2013.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE